# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| LAURA M.,[1] ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 7:17-cv-436 |
| ) | |
| NANCY A. BERRYHILL, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered on this date, it is hereby **ORDERED** that Laura M.'s motion for summary judgment is **GRANTED in part**, the Commissioner's motion for summary judgment is **DENIED**, and this case is **REMANDED** to the Commissioner for further consideration.

Entered: March 22, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

---

[1] Due to privacy concerns, I am adopting the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts use only the first name and last initial of the claimant in social security opinions.